UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO MALDONADO, | Case No. 5:25-cv-02169-SSS (MAAx) |
|---|---|
| Plaintiff(s), | |
| v. | **ORDER TO MODIFY THE COURT'S SCHEDULING ORDER [DKT. 22]** |
| CITY OF REDLANDS, REDLANDS POLICE DEPARTMENT, and JAMES RAGAN, | |
| Defendant(s). | Complaint Filed: 08/19/25 |

The Court, having considered the Parties' Joint Stipulation to Modify the Court's Scheduling Order, and finding good cause hereby orders that the Scheduling Order is modified as follows:

| | **Current Dates** | **Parties' Proposed Dates** | **Court's Order** |
|---|---|---|---|
| Trial | 12/21/2026 | 03/22/2027 | 03/22/2027 at 9:00 a.m. |
| Final Pretrial Conference ("FPTC") [L.R. 16] | 12/4/2026 at 1:00 p.m. | 03/05/2027 at 1:00 p.m. | 03/05/2027 at 1:00 p.m. |
| Fact Discovery Cut-Off (Last Day to Hear Discovery | 5/29/2026 | 08/28/2026 | 08/28/2026 |

| Motions) (no later than deadline for filing dispositive motions) | | | |
|---|---|---|---|
| Expert Disclosure (Initial) | 06/05/2026 | 09/04/2026 | 09/04/2026 |
| Expert Disclosure (Rebuttal) | 06/26/2026 | 09/25/2026 | 09/25/2026 |
| Expert Discovery Cut-Off | 7/10/2026 | 10/09/2026 | 10/09/2026 |
| Last Date to Hear Motions | 09/18/2026 | 12/18/2026 | 12/18/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10/09/2026 | 01/08/2027 | 01/08/2027 |
| Deadline to File Motions in Limine | 10/23/2026 | 01/22/2026 | 01/22/2026 |
| Deadline for Oppositions to Motions in Limine | 11/06/2026 | 02/05/2027 | 02/05/2027 |
| Trial Filings | 11/20/2026 | 02/19/2027 | 02/19/2027 |
| Hearing on Motions in Limine | 11/27/2026 at 2:00 p.m. | 02/26/2027 at 2:00 p.m. | 02/26/2027 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

-2-
ORDER TO MODIFY THE COURT'S SCHEDULING ORDER